UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RAMON L. VAZQUEZ,**

   **Plaintiff,**

**v.**                                                       Case No: 5:23-cv-389-WFJ-PRL

**FNU LOPEZ, et al.,**

   **Defendants.**

## ORDER

Plaintiff initiated this action on June 20, 2023, by filing a *pro se* Civil Rights Complaint. (Doc. 1). By Order dated June 28, 2023, Plaintiff was directed to file a Prisoner Consent Form, Financial Certificate, and a six-month institution account statement. (Doc. 4). Plaintiff was warned that the failure to comply within twenty-one days would result in the dismissal without further notice. *Id*. As of the date of this Order, Plaintiff failed to pay the filing fee or return the required documents, nor has he requested additional extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice for failure to prosecute.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 24, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party